Todd M. Friedman, Esq. (216752)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
369 S. DOHENY DR. #415
BEVERLY HILLS, CA 90211
877 206-4741
866 633-0228 facsimile
tfriedman@AttorneysForConsumers.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SEAN FITZGERALD, | ) | Case No. CV10-0007 SC |
| Plaintiff, | ) ) ) | **NOTICE OF DISMISSAL WITH PREJUDICE** |
| vs. | ) ) | |
| FEDERATED COLLECTION BUREAU, INC., | ) ) ) ) | |
| Defendant. | ) | |

**NOTICE IS HEREBY GIVEN** that Plaintiff has filed with the Clerk of the Northern District Court of California, Plaintiff's Notice of Dismissal of Case With Prejudice, a copy of which is herewith served upon Defendant.

**RESPECTFULLY SUBMITTED** this 28th day of January, 2010.

By: **s/Todd M. Friedman**
    **Todd M. Friedman, Esq.**
    **Attorney for Plaintiff**

Notice of Dismissal  - 1

1  Filed electronically on this 28th day of January, 2010, with:

2  United States District Court CM/ECF system
3
4  And hereby served upon all parties

5

6  By: s/Todd M. Friedman
       Todd M. Friedman

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28